NUMBER13-05-425-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

__________________________________________________________________

 

BEATRICE
QUINTANILLA,                                          Appellant,

 

                                           v.

 

BOBBY
G. BURROWS, SR., ET AL.,                             Appellees.

__________________________________________________________________

 

                  On appeal from the 139th
District Court

                           of Hidalgo
County, Texas.

__________________________________________________________________

 

                     MEMORANDUM OPINION

 

              Before Justices
Rodriguez, Castillo, and Garza

                       Memorandum Opinion Per
Curiam

 








Appellant, BEATRICE
QUINTANILLA, perfected an appeal from a judgment entered by the 139th
District Court of Hidalgo County, Texas, in cause number C-458-02-C.  The clerk=s record was filed on August 1, 2005.  The
reporter=s record was filed on September 13, 2005. 
Appellant=s brief was due on October 13, 2005.  To date,
no appellate brief has been received.

When the appellant has
failed to file a brief in the time prescribed, the Court may dismiss the appeal
for want of prosecution, unless the appellant reasonably explains the failure
and the appellee is not significantly injured by the appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On October
31, 2005, notice was given to all parties that this appeal was subject to
dismissal pursuant to Tex. R. App. P. 38.8(a)(1).  Appellant was given ten days to explain why
the cause should not be dismissed for failure to file a brief.  To date, no response has been received.

The Court, having
examined and fully considered the documents on file, appellant=s failure to file a
proper appellate brief, this Court=s notice, and appellant=s failure to respond,
is of the opinion that the appeal should be dismissed for want of
prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

 

Memorandum Opinion delivered and filed

this the 1st day of December, 2005